# NO. 12-21-00023-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ALEJANDRO SILVA,*<br>*APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Alejandro Silva, attempts to appeal the trial court's order denying his post-conviction motion for discovery materials. We dismiss his appeal for want of jurisdiction.

In 2011, pursuant to a plea agreement, Appellant pleaded guilty to murder, a first-degree felony.[1] However, the trial court did not accept the negotiated seventeen-year sentence and sentenced Appellant to twenty-five years imprisonment. Appellant did not appeal his conviction. In January 2021, Appellant filed a "Motion to Compel State to Produce a Working Copy of the Cases's Discovery Packet" pursuant to Article 39.14 of the Texas Code of Criminal Procedure, seeking all documents and items in the State's possession concerning his criminal case. The trial court denied the motion. This appeal followed.

Generally, we have jurisdiction to consider an appeal by a criminal defendant only from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (West 2018); ***Abbott v. State***, 271 S.W.3d 694, 697 n.8 (Tex. Crim. App. 2008). "[I]n Texas, appeals by either the State or the defendant in a criminal case are permitted only when they are specifically authorized by statute." ***State ex rel. Lykos v. Fine***, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011); *see also* ***Ragston v. State***, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); TEX. R. APP. P. 25.2(a)(2)

---

[1] *See* TEX. PENAL CODE ANN. § 19.02(d) (West 2019).

(providing that a criminal defendant has the right to appeal a judgment of guilt or other appealable order). There exists no statutory authority permitting an appeal from an order denying a postconviction motion for discovery. *See* ***Delgado-Gordon v. State***, No. 07-19-00189-CR, 2019 WL 2480047, at *1 (Tex. App.—Amarillo June 13, 2019, no pet.) (mem. op., not designated for publication); ***Palmer v. State***, No. 12-19-00177-CR, 2019 WL 2710250, at *1 (Tex. App.—Tyler June 28, 2019, no pet.) (mem. op., not designated for publication); *see also* ***Bibbs v. State***, No. 02-18-00391-CR, 2018 WL 5832161, at *1 n.2 (Tex. App.—Fort Worth Nov. 8, 2018, no pet.) (mem. op., not designated for publication). Accordingly, we ***dismiss*** Appellant's appeal for ***want of jurisdiction***. *See* TEX. R. APP. P. 43.2(f).

Opinion delivered November 10, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 10, 2021**

**NO. 12-21-00023-CR**

**ALEJANDRO SILVA,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court

of Smith County, Texas (Tr.Ct.No. 114-1584-10)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*